

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§          No. 08-13-00176-CR

IN RE:  STUART L. LEEDS,

§          AN ORIGINAL PROCEEDING

Relator.

§          IN MANDAMUS

§

§

## **J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Ben Woodward, Judge of the 119th District Court of Concho, Runnels, and Tom Green Counties, Texas, and concludes that Relator's petition for writ of mandamus should be denied.  We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 20TH DAY OF JUNE, 2013.


PER CURIAM


Before McClure, C.J., Rivera, and Rodriguez, JJ.